UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AILEEN RODRIGUEZ,<br>*on behalf of herself and others similarly situated,*<br>　　　　Plaintiff,<br><br>　- against -<br><br>TRUMP FERRY POINT LLC<br>d/b/a TRUMP GOLD LINKS AT FERRY POINT<br>and THE WATERFRONT NYC,<br>and JOE ROEDIGER,<br><br>　　　　Defendants. | Case No. 1:22-cv-06836(RA)<br><br>NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u> |

　　PLEASE TAKE NOTICE that the Plaintiff in this matter, AILEEN RODRIGUEZ, by and through her undersigned counsel, hereby voluntarily dismisses this action, <u>without prejudice,</u> and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　By:　　*/s/ William Brown*
　　　　　　　　　　　　William Brown, Esq.
　　　　　　　　　　　　Brown Kwon & Lam, LLP
　　　　　　　　　　　　521 Fifth Avenue, 17th Floor
　　　　　　　　　　　　New York, NY 10175
　　　　　　　　　　　　Tel.: (718) 971-0326
　　　　　　　　　　　　Fax: (718) 795-1642
　　　　　　　　　　　　wbrown@bkllawyers.com
　　　　　　　　　　　　*Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Ronnie Abrams
October 18, 2022